# AFFIDAVIT IN SUPPORT OF
# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, David Brown, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C. § 2516.  I have been trained in advanced investigative techniques and have satisfied all requirements defined by the Federal Criminal Investigator Classification series established by the U.S. Office of Personnel Management.

2.I have been employed by the Federal Bureau of Investigation ("FBI") as a Special Agent since May 2017 and have been assigned to the Cleveland Division, Youngstown Resident Agency, since October 2020.  I have been assigned and participated in investigations in the area of general criminal matters, public corruption and white-collar investigations, which include bank robberies, drug violations, weapons violations, crimes against children, armed robberies, wire fraud, bank fraud, money laundering, bankruptcy fraud and threats of violence.  Prior to my employment with the FBI, I was employed as an Ohio State Trooper for approximately 5 years. I completed the 20-week FBI New Agent Training ("NAT") course in Quantico, Virginia. As part of the NAT course, I received training in criminal investigations, search and seizure issues, preparing search warrants, surveillance techniques, preparation and execution of search warrants, and debriefing defendants, witnesses, and cooperating sources.

3.I have participated in all of the usual methods of investigation including, but not limited to, financial analysis, physical surveillance, cooperating witnesses, confidential human

1

sources, telephone toll record analysis, interception of wire and cellular telephone communications, consensual monitoring, and in the execution of search and arrest warrants.

4. Over the course of my employment as an FBI Special Agent I have conducted and participated in multiple criminal investigations that have resulted in arrests for violent criminal offenses, as well as white collar offenses.

5. Except as otherwise noted, the information set forth in this Affidavit has been provided to me by FBI Agents or other law enforcement officers or agents. Unless otherwise noted, whenever in this Affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom I have spoken or whose report I have read and reviewed. Likewise, information resulting from physical surveillance, except where otherwise indicated, does not necessarily set forth my observations, but rather has been provided directly or indirectly through the FBI or other law enforcement officers. Any information pertaining to vehicles and/or registrations, personal data on subjects or record checks has been obtained through the Law Enforcement Automated Data System ("LEADS") from the State of Ohio or the National Crime Information Center ("NCIC") computers by members herein described.

6. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested complaint.

7. This Affidavit is being submitted for the limited purpose of establishing probable cause to believe that **CHARLES BRONSON INGRAM** (hereinafter, "**INGRAM**"), age 47, social security account number XXX-XX-XXXX, currently residing at XXX0 Norton Ln., North

Bloomfield, Ohio, in the Northern District of Ohio, Eastern Division, has committed a violation of Title 18, United States Code, Section 875(c); Violations of threatening interstate communications.

## BACKGROUND OF THE INVESTIGATION/PROBABLE CAUSE

8. On or around January 29, 2026, the Affiant received a threat to life tip that was submitted to the FBI through a digital reporting platform. The FBI receives complaints via their CyberTipline from Internet Service Providers ("ISPs"), Electronic Service Providers ("ESPs"), and others. These CyberTipline reports are reviewed by an FBI analyst and forwarded to law enforcement for further investigation on the information provided in the CyberTipline report. The information was provided by the digital media platform through which the below statements were published. Information provided in the complaint included detailed threats posted on the public platform YouTube from January 14, 2026, up until as recently as January 28, 2026, posted by a user identified as @dessertbooger9397. The aforementioned statements are detailed below:

   a. January 14, 2026, at 4:41:03 EST- "Get a gun Find good location up high. Kill random ICE agent. Anytime, anywhere and all the time. After every single ICE agent is doxxed and dead. After that kill every single person who voted for Trump. Kill ICE, shoot first, second, third and fourth. Leave ICE tortured and dead with all 70 million Trumpers!"

   b. January 14, 2026, at 6:58:12 EST- "Take the opportunity and kill ICE, CBE, etc. Randomly kill them from rooftops in highly populated areas, making escape easier. Strike them down and move, a few dozen dead agents and billionaires and they'll hide so we can kill them one by one 70 million times (Crying with

3

Laughter Emoji)[1]".

c. January 15, 2026, at 3:49:58 EST- "Get up high, take a gun, kill some ICE and simply walk away. Kill an agent and flee. No one cares about trumptards anymore. Kill them all anytime they poke their heads out. No more Trump (Cockroach Emoji) roaches."

d. January 15, 2026, at 12:28:00 EST- "Kill everyone in ICE, then the 1% elites and then trump supporters.  Funny how I'm exactly the opposite of the Trump NAZIS. There's nothing I won't do for the people of this nation given the opportunity, means and access. Put me in coach and I'll score a touchdown the world will remember.

e. January 15, 2026, at 11:23:27 EST- "We need to kill the far right once and for all, can't keep letting these Nazis live. Wipeout all the Kirk's of the world".

f. January 19, 2026, at 6:30 EST- "Save some lives, kill some ICE.  I'm actually looking forward to killing these mother fuckers in the streets.

g. January 22, 2026, at 2:43:26 EST- "Kill ICE, MAGA and most importantly, kill the 1% rich elites controlling the world.  Make the world a better place by killing elites, politicians, judges, cops, CEO's etc".

h. January 25, 2026, at 4:10:00 EST- "Kill ICE and their 1% elites.  Kill the killers. Give me the opportunity, means and access and I'll become the world's biggest, loudest, voice as the last thing they hear but I want Dems & Rebs in the same place/same time to get all the top garbage in one nasty surprise".

i. January 26, 2026, at 9:05 EST- "I'm actually looking forward to this, I'd like

---

[1] Crying with laughter emoji is generally known to mean laughing so hard that one is brought to tears.

nothing more than seeing ICE/NAZIS being tortured and killed in the streets. That's how you destroy a traitorous government".

j. January 26, 2026, at 9:57:00 EST- "Two ways to fix this. An organized protest for everyone to do nothing for a month to cripple the status quo's or we kill whomever won't play nice in the sandbox. I was raised in a racist, trust fund environment, so I know exactly where you stand and the rich think we nobodies are roaches to be controlled or destroyed and that's it. The 1% elites and their facilitators all need to die."

k. January 28, 2026, at 6:49:00 EST- "I'm from the area where TP was at. If I see it, I'm going to kill it. So the sunshine is where he should stay. I'm personally preparing to hunt and kill ICE agents and I'm not even close to the only one. We the people will be killing some people that need to die. Run rabbit, run cause your days are done."

9. Your affiant attempted to locate the posts by @dessertbooger9307 on YouTube. However, it appeared that all the posts except the paragraph 8k posted above had been removed.[2] According to Google's policies, comments that threaten or harass someone can be removed when the comment violates the following:

a. Explicitly threatens harm against an identifiable individual or group.

b. Encourages others to harm someone or incite violence.

c. Encourages others to harm someone or incite violence.

d. Reveal personal information that could lead to harassment or threats i.e. doxxing.

10. On or about January 29, 2026, an FBI Task Force Officer ("TFO") conducted

---

[2] An inquiry has been submitted to Google to determine if these posts were deleted by the user or Google. As of February 3, 2026, Google has not yet responded to law enforcement.

drive by surveillance of the SUBJECT PREMISES. TFO observed an upside-down United States of America Flag that had been spray painted in black with the words, "Kill Them All" hanging on what appeared to be an exterior structure located within the SUBJECT PREMISES. Also hanging on the same exterior structure was a sign that said, "Fuck Trump".



a.

11. On or about January 29, 2026, due to the nature of the threats against judges, politicians, ICE Agents, and Trump supporters, an emergency disclosure request ("EDR") was sent to Google for records related to @dessertbooger9397. Google provide the following response summarized by your Affiant:

    a. @dessertbooger9397 originating identifier was **INGRAM's** Google Account XXXXXXXX8884.

    b. The email address associated with **INGRAM's** Google Account XXXXXXXX8884 was charlieingram0601@gmail.com and weedosoarusrex@gmail.com.

    c. The recovery SMS number associated with **INGRAM's** Google Account XXXXXXXX8884 was **INGRAM's** telephone number (XXX)-XXX-9994.

    d. **INGRAM's** Google Account XXXXXXXX8884 was accessed using the Verizon

Service Network and Starlink.

12. The following basic subscriber information was provided to law enforcement and associated with the YouTube user of the account @dessertbooger9397:

    a. The assigned channel URL was youtube.com/@dessertbooger9397.

    b. The signup email charlieingram0601@gmail.com, which was confirmed by Google.

    c. The signup IP 2601:548:8200:e475:e50e:3334:3055:87bb, which resolves to Starlink internet provider.

    d. The date of birth was listed as January 1, 1979.[3]

    e. The user's YouTube profile picture is what appears to be the United States of America President Donald Trump committing a self-inflicted gunshot wound to his head, with blood coming out and his ear that was being blown off of his head.

    i. 

13. Based on the foregoing information, on or about January 29, 2026, law enforcement served an emergency disclosure request to Verizon Wireless for subscriber information for (XXX)-XXX-9994. Verizon Wireless provided the subscriber information as a family member known by law enforcement to be associated with the SUBJECT PREMISES, hereinafter referred to as Family Member ("FM"). Your affiant knows from previous

---

[3] The date of birth provided here is approximately six months different from **INGRAM**'s actual date of birth. Based on my training and experience, your affiant knows that individuals who knowingly engage in criminal activity often change details of identifying information when submitting it to platforms with which they intend to utilize in furtherance of criminal activities in an effort to obfuscate their true identity and deter law enforcement.

information obtained from Trumbull County Sheriffs Office that FM was previously married to **INGRAM** and previously resided at the SUBJECT PREMISES.

14. Included in the captioned tip was an associated IP address of 2605:59ca:2b6d:ed10:f03a:69b9:6917:1f87 for logon on at 2026-01-28 18:08:26+00:00 (1/28/2026 at 1:08 p.m. EST). Law enforcement served an emergency disclosure request to Starlink internet service for subscriber information associated to IP address 2605:59ca:2b6d:ed10:f03a:69b9:6917:1f87 for the associated timeframe. Starlink internet service provider responded and provided the SUBJECT PREMISES as the service address. This account was also associated with FM. This information indicates that the threats made were initiated from a device utilizing Starlink internet service provider physically located at SUBJECT PREMISES.

15. Based on my training and experience, criminals often utilize numbers familiar to them when creating email accounts. After reviewing the associated tip resolving to **INGRAM's** Google Account XXXXXXXX8884 with the associated email address charlieingram0601@gmail.com, your affiant also noted that **INGRAM's** date of birth is June 1, 1978, which corresponds to the "-0601" in the above listed email address.

16. On or about January 30, 2026, a Trumbull County Sheriff's Deputy who was employed as a school resource officer ("SRO") at the school that **INGRAM's** child attended. The SRO provided a student contact summary where **INGRAM** self-reported the following identifying and contact information:

    a. Name: Charles B. Ingram

    b. Address: 2420 Norton Lane, North Bloomfield, Ohio 44450

    c. Primary Email: charlieingram0601@gmail.com

    d. Cellular Phone: **INGRAM's** Phone Number

17. On or about February 2, 2026, FBI TFOs conducted physical surveillance utilizing cellular pings previously obtained via a search warrant that was signed on January 30, 2026, to locate **INGRAM,** who was observed traveling alone in a Toyota Highlander, blue in color, with the Ohio License Plate HLY 7775.  The cellular pings coincided with **INGRAM's** travels indicting the phone described above and detailed throughout this affidavit was **INGRAM's** telephone (XXX)-XXX-9994.

18. On or about February 2, 2026, the affiant used FBI law enforcement databases to locate additional posts publicly posted on YouTube by the user @dessertbooger9397, which are described in detail below:

    a. December 23, 2025, at 09:34, "I just wanna see MAGA die, literally.  All 70 million Americans, so boxing aside I just tune in for a possible death match. Andrew's garbage and death would be justified."

        i. 

    b. January 1, 2026, at 12:01, "In Ohio, I can openly carry or concealed.  I'll make up an excuse, kill your ass on my property (castle/stand ground).  Third I can legally bury your ass on my property and the pigs can't do shit.  So FAFO cause I want conservatives all dead.  I'm personally looking forward to killing Law enforcement, judges, CEO's Trumpers, etc I see anybody approaching my property and ICE will die were they stand".

9



i.

19. January 12, 2026, at 12:00, "Make the world a better place by killing ICE agents today.  1 little, 2 little, 3little dead ICE agents.  4 little, 5 little, 6 little dead ICE agents.  7 little, 8 little, 9 little dead ICE agents.  Every single ICE agent need to die!  Then start on the rest of the so called pig agencies".



i.

b. January 13, 2026, at 15:52, "Look I'm fully willing to kill ICE.  If the hackers and such can dox these guys from ICE there's people like me who can't be bought, reasoned with or swayed by fear.  The nobodies will capture, torture and murder these people.  We start streaming videos of ICE agents getting skinned alive and tortured they'll stop.  The 1% need to fear a horrible death for them to get scared of the people!"

10



    i.

c. January 13, 2026, at 22:41, "Kill the 1% elites Kill the Zionists Kill ICE Hang Trump on the Capital staircase like that traitorous pedo deserves".



    i.

d. January 13, 2026, at 23:11, "Hackers should dox the billionaire elites, admin officials, certain judges, CEO's, ICE agents, etc and let people know everything they need to find and kill the people in power.  Kill them all!"



    i.

e. January 14, 2026, at 12:35, " Good, elevated, location.  High powered rifle. And ICE running around like rats, easy targets. 1. Get a gun 2. Get up high. 3. Kill

11

random Ice agent. 4. Simply walk away, no one cares about you killing ICE agents. 5. ICE and Trump supporters aren't human beings.  Total murder and torture for ICE and MAGGOTS.  Random, opportunistic murder!"



```
YOUTUBE.COM
2026-01-14 12:35 Z

By @dessertbooger9397
Good, elevated, location.
High powered rifle.
and ICE running around like rats, easy targets.
1. Get a gun
2. Get up high.
3. Kill a random ICE agent.
4. Simply walk away, no one cares about you killing ICE agents.
5. ICE and Trump supporters aren't human beings.
Total murder and torture for ICE and MAGGOTS.
Random, opportunistic murder!

-------------------------------

Video URL: https://www.youtube.com/watch?v=IUAvZwYmJYA
```

20. On or about February 4, 2026, at 0755 hours, the FBI conducted a search warrant at **INGRAM's** residence in North Bloomfield, Ohio.  During the search multiple firearms and ammunition were located inside the SUBJECT PREMISES.

21. On or about February 4, 2026, at 0815 hours after being read his Miranda Rights, **INGRAM** admitted to the Affiant, after being read the above aforementioned posts that he used YouTube account @dessertbooger9397 to make the public posts.

22. Based on the above information, your affiant believes that **INGRAM** had exclusive control over, and access to, the account responsible for posting the above-stated remarks in violation of 18 U.S.C. § 875(c) (Violations of threatening interstate communications).

23. On or about February 3, 2026, I conducted a search of the National Crime

Information Center ("NCIC")[4] and the Ohio Law Enforcement Gateway ("OHLEG")[5] regarding the criminal history of **INGRAM**.  **INGRAM** has no prior criminal history.

## CONCLUSION

24.    Based on the foregoing, there is probable cause to believe that **CHARLES BRONSON INGRAM** has committed violations of Title 18, United States Code, Sections 875(c), Violations of threatening interstate communications.

Respectfully submitted,

_David Brown, Special Agent_
Federal Bureau of Investigation

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3) this  4th   day of February 2026.

_Carmen Henderson_
HONORABLE CARMEN HENDERSON
U.S. MAGISTRATE JUDGE

---

[4] NCIC is a computerized index of criminal justice information (i.e. criminal-record-history information, fugitives, stolen properties, missing persons).  It is available to federal, state, and local law enforcement and other criminal justice agencies and is operational 24 hours a day, 365 days a year.

[5] OHLEG is a state-of-the-art electronic information network that allows Ohio law enforcement agencies to share criminal justice data efficiently and securely.